UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIE VIRGIL CONEY,

      Defendant.
_____/

Case No. 1:07:CR:66

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed May 24, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Willie Virgil Coney's plea of guilty to Count 1 of the Indictment is accepted. Defendant Willie Virgil Coney is adjudicated guilty.

3. Defendant Willie Virgil Coney shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: June 8, 2007

          /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE